UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG FROG CUSTOM T-SHIRTS,
INC., a Florida corporation,

    Plaintiffs,

v.

DH MILES ENTERPRISES, INC., a
Texas corporation and DWIGHT
MILES, SR., an individual,

    Defendants.
_____/

Case No.: 8:22-cv-01314-WFJ-CPT

# FINAL JUDGMENT

This action came before the Court for consideration of Plaintiff's Motion for Final Judgment in Accordance with July 22, 2022 Order (the "Motion"). The Court, having considered the Motion, together with the record, and otherwise being fully advised in the premises, finds that entry of a final judgment against Defendants, DH Miles Enterprises, Inc. and Dwight Miles, Sr., jointly and severally, in accordance with the parties' settlement incorporated into this Court's Order entered on July 22, 2022 (DE 33) is appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff, Big Frog Custom T-Shirts, Inc., 533 Main Street, Dunedin, FL 34698, and against Defendants, DH Miles Enterprises, Inc., 1620 Zunker Cove, Round Rock, TX 78665, and Dwight Miles, Sr., 1620 Zunker Cove, Round Rock, TX 78665,

jointly and severally, in the amount of $3,500.00, which total shall bear interest at the rate prescribed by 28 U.S.C. § 1961, for which sum let execution issue. It is further

**ORDERED AND ADJUDGED** that Defendants, DH Miles Enterprises, Inc. and Dwight Miles, Sr., are each ordered to complete under oath the Fact Information Sheet set forth in Florida Rules of Civil Procedure Form 1.977, including all required attachments, and serve both on Plaintiff's counsel within 30 days from the date of this final judgment, unless the final judgment is satisfied. It is further

**ORDERED AND ADJUDGED** the Court reserves jurisdiction over the parties for the enforcement of this final judgment and other Orders.

**DONE AND ORDERED** in Tampa, Florida on March 6, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

DH Miles Enterprises, Inc.
c/o Registered Agent
1620 Zunker Cove
Round Rock, TX 78665

Dwight Miles, Sr.
1620 Zunker Cove
Round Rock, TX 78665