UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BIG FROG CUSTOM T-SHIRTS,
INC., a Florida corporation,

      Plaintiffs,

v.

DH MILES ENTERPRISES, INC., a
Texas corporation and DWIGHT
MILES, SR., an individual,

      Defendants.

                                         /

Case No.: 8:22-cv-01314-WFJ-CPT

## **ORDER**

This action came before the Court for an evidentiary hearing on Plaintiff's Motion for Entry of an Order to Show Cause Why Defendants Should Not be Held in Civil Contempt for Failure to Comply with July 22, 2022 Order and Incorporated Memorandum of Law (DE 35) (the "Motion") and the Order to Show Cause entered on March 6, 2023 (DE 44). The Court has considered the Motion and supporting documentation, together with the record, the evidence presented at the hearing on May 3, 2023, including the testimony of Defendants' former counsel Michael Stegawski, and heard and considered argument of counsel for the Plaintiff and argument of Dwight Miles, Sr. Based on the foregoing, the Court finds as follows:

    1.    This case was filed on June 7, 2022.

2. The Court has jurisdiction over Defendants pursuant to Section 19.8 of the Big Frog Custom T-Shirts, Inc. Franchise Agreement dated March 8, 2011, which provides:

> **19.8 Jurisdiction.** YOU AND WE CONSENT, AND IRREVOCABLY SUBMIT TO, THE EXCLUSIVE JURISDICTION AND VENUE OF THE STATE AND FEDERAL COURTS OF COMPETENT JURISDICTION FOR PINELLAS COUNTY, FLORIDA, AND WAIVE ANY OBJECTION TO THE JURISDICTION AND VENUE OF SUCH COURTS. THE EXCLUSIVE CHOICE OF JURISDICTION DOES NOT PRECLUDE THE BRINGING OF ANY ACTION BY THE PARTIES FOR THE ENFORCEMENT OF ANY JUDGMENT IN ANY OTHER APPROPRIATE JURISDICTION.

3. On July 11, 2022, Michael Stegawski of Convergent Litigation Associates filed a Notice of Appearance of Attorney on behalf of both Defendants (DE 24). The appearance of both Defendants through counsel was on the merits, not limited.

4. Defendants defended this case through counsel and did not object to the Court's jurisdiction.

5. On July 12, 2022, the Court scheduled an evidentiary hearing on Plaintiff's motion for preliminary injunction for July 29, 2022 (DE 28).

6. On July 22, 2022, Defendants through counsel filed a Notice of Settlement (DE 31), which advised the Court that "[t]he parties have reached an agreement for the full and final resolution of the above-styled litigation on the terms

of the proposed order submitted herewith." A copy of the agreed form of Order setting forth the parties' settlement was attached to the Notice of Settlement.

7. On July 22, 2022, the Court entered an Order in the form submitted by Defendants' counsel setting forth the terms of the parties' settlement (DE 33) (the "Settlement Order").

8. Defendants were adequately and fully represented by counsel in this case through entry of the Settlement Order.

9. Defendants agreed to the settlement set forth in the Settlement Order, and the Settlement Order is enforceable against Defendants.

10. Defendants violated the Settlement Order by:

    a. Failing to pay $3,500 to Plaintiff within thirty (30) days of the entry of the Settlement Order, which violation was cured by Defendants after the filing of the Motion and entry of the Order to Show Cause;

    b. Failing to serve a report in writing within thirty (30) days of the entry of the Settlement Order setting forth in detail the manner and form in which Defendants complied with the injunction included in the Settlement Order, which violation is no longer being prosecuted by Plaintiff; and

    c. Filing a lawsuit on January 25, 2023, in Williamson County, Texas styled, *Dwight H. Miles v. Big Frog Custom T-Shirts, Inc.*, Case No. 23-0126-C395 (DE 43) (the "Texas Lawsuit"), which asserts claims that were

released by Defendants pursuant to the releases agreed to by the parties and included in the Settlement Order.

11.   Plaintiff is entitled to recover from Defendants, jointly and severally, its attorney's fees incurred herein in filing the Motion and enforcing the Settlement Order.

12.   Plaintiff is entitled to recover from Defendants, jointly and severally, its attorney's fees incurred in defending the Texas Lawsuit, which was filed in derogation of the Settlement Order.

The Court made its findings of fact and conclusions of law on the record of the hearing on May 3, 2023, and those findings and conclusions are incorporated herein by reference. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion is granted. It is further

**ORDERED AND ADJUDGED** that the Settlement Order is valid and enforceable against Defendants. It is further

**ORDERED AND ADJUDGED** that Defendants violated the Settlement Order by failing to timely pay Plaintiff $3,500, failing to timely serve the report setting forth the manner and form in which they complied with the Court's injunction, and filing the Texas Lawsuit that asserts claims released by the Settlement Order. It is further

**ORDERED AND ADJUDGED** that Plaintiff is entitled to recover its attorney's fees incurred herein to enforce the Settlement Order, and the Court reserves jurisdiction to enter that award. Any supplemental motion on the amount of such attorney's fees shall be filed within forty-five (45) days of the date of this Order in accordance with Local Rule 7.01(c). It is further

**ORDERED AND ADJUDGED** that Plaintiff is entitled to recover its attorney's fees incurred in defending the Texas Lawsuit because that lawsuit was commenced by Defendants in derogation of the release included in the Settlement Order, and the Court reserves jurisdiction to enter that award. Any supplemental motion on the amount of such attorney's fees shall be filed within forty-five (45) days of the date the Texas Lawsuit is dismissed by final order in accordance with Local Rule 7.01(c). It is further

**ORDERED AND ADJUDGED** that counsel for Plaintiff shall serve a copy of this Order on Defendants by U.S. Mail at the addresses listed below.

**DONE AND ORDERED** in Tampa, Florida on May 9, 2023.

*/S/ William F. Jung*
WILLIAM F. JUNG
United States District Judge

Copies to:

Counsel of Record

DH Miles Enterprises, Inc.
c/o Registered Agent
1620 Zunker Cove
Round Rock, TX 78665

Dwight Miles, Sr.
1620 Zunker Cove
Round Rock, TX 78665